No. 10–990. WILLIAMS *v.* CONNECTICUT. App. Ct. Conn. Certiorari denied.

No. 10–996. PROCTOR *v.* HUNTINGTON ET UX. Sup. Ct. Wash. Certiorari denied.

No. 10–998. COLOMBO *v.* SUFFOLK COUNTY, NEW YORK. C. A. 2d Cir. Certiorari denied.

No. 10–1002. KNIGHT *v.* MOORING CAPITAL FUND, LLC, ET AL. C. A. 10th Cir. Certiorari denied.

No. 10–1006. MDL CAPITAL MANAGEMENT ET AL. *v.* FEDERAL INSURANCE CO. C. A. 3d Cir. Certiorari denied.

No. 10–1022. ORTIZ *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 10–1040. PETRUCELLI *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 10–6733. JIMENEZ-LOPEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10–7018. BIRDOW *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–7087. ALEJO-HERNANDEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–7097. CULBERSON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–7141. VENCES *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10–7211. HULL *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–7258. BOLOMET ET UX. *v.* RLI INSURANCE CO. ET AL. Sup. Ct. Haw. Certiorari denied.

No. 10–7343. GAYFORD *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.